UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS IBARRA-ROQUE,<br><br>　　　　　　Plaintiff,<br>　v.<br>U.S. DEPARTMENT OF IMMIGRATION, et al.,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00250-ART-CLB<br><br>ORDER |

Before the Court is a Report and Recommendation ("R&R") of United States Magistrate Carla L. Baldwin (ECF No. 6), recommending that Ibarra-Roque's in forma pauperis application, (ECF No. 5), be denied as moot, and the amended complaint, (ECF No. 4), be dismissed for lack of jurisdiction.

The deadline for objections was August 10, 2022. Considering Mr. Ibarra-Roque's *pro se* status and the circumstance that he is detained the Court grants Mr. Ibarra-Flores an additional 90 days to object to the R&R. Objections are therefore now due on November 8, 2022, to give Mr. Ibarra-Roque an opportunity to consult with counsel if he so chooses, and file objections if he so chooses, either through counsel or *pro se*. Though the Court does not appoint counsel at this time, it advises Mr. Ibarra-Roque that the Immigration Clinic at the William S. Boyd School of Law at the University of Nevada, Las Vegas has a Community Advocacy Office that serves detained immigrants facing removal. The office can be reached by mail or phone at:

　　UNLV Immigration Clinic Community Advocacy Office

　　1212 S. Casino Center Blvd, Second Floor

　　Las Vegas, NV 89104

702-476-0750

It is therefore ordered that Mr. Ibarra-Roque is granted an additional 90 days to respond to Judge Baldwin's R&R (ECF No. 6) and that objections are due on November 8, 2022.

DATED THIS 17th Day of August 2022.

*[signature]*

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE